E-FILED
Thursday, 09 February, 2023  01:23:16 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

**FILED**

FEB 8 2023

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Michael A. Jones II )
)
Plaintiff )
)
)
vs. )
)
P.A/M.D. Nicolas Cannataro )
P.A/M.D. Shannon Haggard )
M.D. Jeffery Lon~ )
Elizabeth S[Last names] )
Mindy     & unknown )
_____ )
_____ )
_____, )
)
Defendant(s) )

Case No. _____
*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒  42 U.S.C. §1983 (state, county or municipal defendants)

☐  Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐  Other federal law: _____

☐  Unknown _____

## I. FEDERAL JURISDICTION

_____

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Michael Angelo Jones II

Prison Identification Number: 212675

Current address: 3050 Justice Way Kankakee IL 60901 (JCDC)

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Nicholas Cannataro

Current Job Title: P.A/Doctor

Current Work Address Jerome Combs Detention Center 3050 Justice Way Kankakee, IL 60901

Defendant #2:

Full Name: Shannon Haggard

Current Job Title: P.A/Doctor

Current Work Address Jerome Combs Detention Center 3050 Justice Way Kankakee, IL 60901

Defendant #3:

Full Name: Jeffery Long

Current Job Title: Doctor

2

Current Work Address  Unknown _____

_____

Defendant #4:

    Full Name:  Elizabeth (Last Name unknown)

    Current Job Title:  Current Director Health Care

    Current Work Address  J.C.D.C  3050 Justice Way
Kankakee, IL 60901

Defendant #5:

    Full Name:  Mindy (Last Name Unknown)

    Current Job Title:  Former Director of Health Care

    Current Work Address  J.C.D.C  3050 Justice Way
Kankakee, IL 60901

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

    The "three strikes rule" bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?          Yes  ✔          No  ☐

If yes, please describe  I filed and was given a case number, but never heard back Concerning the Case 2:22-cv-02104-JES

B.  Have you brought any other lawsuits in federal court while incarcerated?

Yes  ✔          No  ☐

C.  If your answer to B is yes, how many?  ___1___  Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number

Jones V. Downey   2:22-cv-02104-JES   Judge James, E. Shadid

2. Basic claim made  Medical Deliberate Indifference

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?)  I never heard back from the court.

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.

A. Is there a grievance procedure available at your institution?   Yes  ☒   No  ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes  ☒   No  ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes  ☒   No  ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  Kankakee County Jail (JCDC)

4

Date(s) of the occurrence _NOV 2020 — PResant_

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

On Nov 15, 2020 I was Admitted into Jerome Combs Detention Center (Here After Refered to as JCDC) Around 12-2020 I was screened by Medical and informed them of my Pre-existing Medical Conditions And the Names of the Doctors treating Me And the Medical procedures we were prepairing for.

I informed the Physicians Assistant Nicholas Cannataro About the Non Union of my Sternum due to a past Surgery And An Assault I Recieved by other Inmates while under the care of Nicholas Cannataro, Shannon Haggard and Dr. Jeffery Long 2018 - 2020 And the pain, damage caused by these issues.

I gave P.A. Cannataro and Shannon Haggard both the names of my Doctors (Vikas Patel MD) who Refered Me to the Plastic Surgen (Michael Ruebhausen) which they was able to concure by my Medical Records through Riverside Medical Hospital And Medical Center which (JCDC) is connected too.

Multiple times I seen both P.A. Cannataro and PA/M.D Shannon Haggard about this Medical Condition And Sever pain I was in And At first they said, "We are Working on it," but then it went to them trying to talk me out

5

the Surgery to them tring to convince me I did not
need the Surgery because it was not a life threatening
(But with my Health Conditions If I fell out and Needed
First Aid/CPR I could die, if pressure was
applied on my Sternum.)

On May 24, 2022 - After over 17 months waiting
and complaining of severe pain I was taken to
Loyola Medical Center where I was informed that
they felt Surgery was needed and they would
also do my Surgery in two stage intervention for
Sternal Non-union. As of today (Jan 10th 2023) I
have not seen another doctor or taken a single test
but I have brought my A1c down from 12.0 — 7.1
And have lost weight as was asked of me by Medical
here at J.C.D.C whom also said they don't plan
to send me to any more outside doctors because
my Condition is not life threatening "to them".
In preperation for filling out this form I repeatidly
asked for Copies of my Medical Records, Medical Request,
and grievances but was told that I needed my
Lawyer to acquire them for me. I informed them
that I was pro;se And they still Refused to give
them to me.

I have filed freedom of Information Act documents and
they Refused to answer those as well.

I Also Requested the full names of all the Medical Staff
here at J.C.D.C and was Refused and asked why
I wanted them.

I Also informed Admin here at J.C.D.C

of everything I'm going theure with this Medical staff and how much pain I'm in, how bad I need and want this surgery to fix my sternum non-union but they also refuse to help me find Relief in any form.

I claim P.A Nick Cannataro, P.A/M.D Shannon Haggard, Director's of Healthcare Mindy + Elizabeth (last names unknown - Different Date's they were in charge), and Dr. Jeffery Long were negligent and Deliberately Indifferent to my medical need and severe pain in violation of my 8th Amendment right not to have cruel and unusal punishment inflicted upon myself.

**RELIEF REQUESTED**

(State what relief you want from the court.)

I would like to receive the surgery needed and to

be compensated for the two years of pain and suffering I've had to endure. I request $350,000 per defendant for damages.

JURY DEMAND        Yes ☒        No ☐

Signed this _January_ day of ___10th___, 20_23_.

_(signature)_

( Signature of Plaintiff)

| Name of Plaintiff: Michael A. Jones II | Inmate Identification Number: 212675 |
|---|---|
| Address: Jerome Combs Detention Center 3050 Justice Way Kankakee, IL 60901 | Telephone Number: |

Michael A. Jones II (3T2073)
JCDC)
3050 Justice Way
KANKAKEE, IL 60901

United States Distri
Central District of ILLi
201 S. Vine Street
Urbana, IL 61802