AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Michael A. Jones, II <br> *Plaintiff* <br> v. <br> Michael Downey, Nick Cannataro, Shannon Haggard, Elizabeth Delong, Mendy Hoogstraat, Jeffrey Long <br> *Defendant* | Civil Action No.  22-2104 and 23-2027 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other:   Plaintiff Michael A. Jones, II action against Defendants Nick Cannataro, Shannon Haggard, Elizabeth Delong, Mendy Hoogstraat and Jeffrey Long is dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date:  10/02/2024

CLERK OF COURT

s/Shig Yasunaga

*Signature of Clerk or Deputy Clerk*